**J. B. PARKER, Appellant, v. W. M. SHIELDS, et ux., Appellees.  (No. 3418.)**

Court of Civil Appeals of Texas.  Texarkana.
June 2, 1927.

Appeal from District Court, Smith County; J. R. Warren, Judge.

Nat W. Brooks, of Tyler, for appellant.
Lasseter & Simpson, of Tyler, for appellees.

WILLSON, C. J.  This was a suit by appellees W. M. Shields and Iva Shields, his wife, against appellant, J. B. Parker, in which judgment was rendered for Parker.  The appeal by him is from an order granting Shields and his wife a new trial.  There is not now any law in force authorizing an appeal from such an order. Farm Bureau Cotton Association v. H. H. Lennox et al., 296 S. W. 325, decided by this court May 19, 1927.  As therefore this court is without power to hear and determine it, the appeal is dismissed.